IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR114-62 |
| | ) | |
| SHEQUITA BUSH | ) | |

## ORDER

The defendant, Shequita Bush, surrendered for service of her sentence on January 5, 2015 and is in the custody of the Bureau of Prisons.

Surety, Mildred Bush, has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by Mildred Bush for this defendant, plus all accrued interest thereon, be returned to Mildred Bush at 658 GA Hwy 56 North, Waynesboro, GA 30830.

This 21st day of January, 2015 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA